■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BELL, Appellant. [848 NYS2d 534]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered October 11, 2005, convicting defendant, after a jury trial, of attempted robbery in the second and third degrees, and sentencing him, as a second felony offender, to concurrent terms of six years and 2 to 4 years, respectively, unanimously affirmed.

The evidence at trial was sufficient to establish the "display" element of attempted robbery in the second degree (*see* Penal Law § 160.10 [2] [b]; *People v Lopez*, 73 NY2d 214, 220-222 [1989]; *People v Baskerville*, 60 NY2d 374, 381 [1983]; *People v Simmons*, 186 AD2d 95, 97 [1992], *lv denied* 81 NY2d 976 [1993]), and the verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]).

We perceive no basis to reduce the sentence. Concur—Tom, J.P., Saxe, Friedman and Williams, JJ.